United States District Court
Southern District of Texas
**ENTERED**
March 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNNY PHAM, Individually and on Behalf of Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| V. § | CIVIL ACTION NO. H-20-001 |
| § § | |
| AUTONATION, INC., and TEXAN FORD INC., d/b/a AUTONATION FORD KATY, § § § § | |
| Defendant. § § | |

## AGREED ORDER GRANTING STAY AND DISMISSING CASE

The parties' joint motion to stay, (Docket Entry No. 14) is granted. This case is dismissed, without prejudice, pending the arbitration outcome. Either side may move to reinstate to the active docket within 14 days after the arbitration award is issued.

SIGNED on March 3, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge